

Oscar MARTINEZ, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 344, 2017

Supreme Court of Delaware.

Submitted: September 5, 2017

Decided: September 14, 2017

Reargument Denied October 4, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0905009708 (N) [1], C.A. No. N17M–07–008

DISMISSED.

Kevin HOWARD, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 460, 2016

Supreme Court of Delaware.

Submitted: August 25, 2017

Decided: September 15, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9506001505 (N)

AFFIRMED.

Deborah WESSELMAN, Plaintiff
Below, Appellant,

v.

CHRISTIANA CARE HEALTH SERVICES, INC., Defendant
Below, Appellee.

No. 26, 2017

Supreme Court of Delaware.

Submitted: September 13, 2017

Decided: September 18, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. N15C–04–127 CEB

AFFIRMED.

Levar GRAHAM, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 596, 2016

Supreme Court of Delaware.

Submitted: September 13, 2017

Decided: September 18, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1607004836 (N)

AFFIRMED.

1. The criminal number that appears on the Superior Court's order (Cr. ID No. 30306270DI) is incorrect.